GUTHRIE MILL & ELEVATOR CO. v. LEWIS et al.

No. 11018—Opinion Filed Feb. 3, 1925.

Commissioners' Opinion, Division No. 3.

Error from District Court, Tillman County; Frank Mathews, Judge.

Action by Guthrie Mill and Elevator Company, a corporation, against M. H. Lewis and Roy Emenhiser, doing business under the firm name of Lewis and Emenhiser. From the judgment, the former brings error. Reversed and remanded.

Leo W. Green, for plaintiff in error.

Opinion by RUTH, C. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 597, this cause is reversed and remanded for a new trial, for failure of defendant in error to file briefs as provided in Rule 7 of this court.

By the Court: It is so ordered.